IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MILLER,** | : |
| **Plaintiff,** | : CIV. ACTION NO. 2:22-cv-01650-CCW |
| v. | : |
| **AGILITY COMMUNICATIONS GROUP,** | : |
| **Defendant.** | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, by and through their respective counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff hereby withdraws and dismisses this case with prejudice and with the stipulated consent of the Defendant, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Andrew Lacy Jr., Esq. | /s/ *Patrick L. Abramowic, Esq.* |
| Andrew Lacy Jr., Esq.<br>The Lacy Employment Law Firm, LLC<br>3675 Market Street, Suite 200<br>Philadelphia, PA 19104<br>412-301-3908 | Patrick L. Abramowic, Esq.<br>Fox Rothschild LLP<br>BNY Mellon Center<br>500 Grant Street #2500<br>Pittsburgh, PA 15219<br>(412) 394-5566 |